THE HONORABLE RICARDO MARTINEZ

FILED

OCT 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

1:05-MC-0042-DLB

| | |
|---|---|
| KENNETH FLEMING and JOHN DOE, Plaintiffs, v. THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, a/d/a "MORMON CHURCH"; LDS SOCIAL SERVICES a/d/a LDA FAMILY SERVICES, a Utah corporation, Defendants. | NO. C04-2338 RSM<br>NOTICE OF DEPOSITION OF BRAD J. KELLER |

Fleming v. The Corporation of the President of the Church of Jesus Christ of Latter-Saints, et al. Doc. 1

TO: BRAD J. KELLER

AND TO: MARCUS B. NASH and THOMAS D. FREY, of Stafford Frey Cooper, Attorneys for Defendants

The deposition upon oral examination of the following person will be taken on behalf of Plaintiffs before a court reporter and notary public at the date, time, and location listed below:



LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

WITNESS: Brad J. Keller

DATE: Friday, October 14, 2005

TIME: 1:30 p.m.

LOCATION: **Witness will be deposed telephonically.**
Witness is to call in at (206) 676-7500
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 Univesity, Suite 2100
Seattle, WA 98101

This oral examination will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this 6 day of October, 2005.

GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

By Steve Reil, WSBA 24708
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Attorneys for Plaintiffs



LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I, Robert McFadden am a paralegal employed at Gordon Thomas Honeywell and am not a party to this action. This will certify that I cause a true copy of this Second Amended Notice of Deposition of Kevin Boren, to be served upon Defendants' counsel of record, via legal messenger, and a copy upon Kevin Boren by first class U.S. Mail, postage prepaid, to the addresses as follows:

Marcus B. Nash
Thomas D. Frey
Stafford Frey Cooper
601 Union Street, Ste 3100
Seattle, WA 98101-1374

Brad J. Keller
4704 Blackrock Mountain Ct., #C
Bakersfield, CA 93304-6959

Dated October 6, 2005, at Seattle, Washington.

Robert McFadden

[26313-00001]



LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**Issued by the**

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF
CALIFORNIA, FRESNO

**FLEMING, et al.,**
Plaintiff(s),

v.

**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.**
Defendant(s).

**AMENDED**
**SUBPOENA IN A CIVIL CASE**

Case Number[1] **C04-2338 RSM**
**Western District of Washington, Seattle**

**TO: Brad J. Keller**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

**X** YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | | DATE AND TIME |
|---|---|---|
| | **GORDON THOMAS HONEYWELL (TELEPHONIC)**<br>**600 University, Suite 2100**<br>**Seattle, WA 98101 (206) 676-7500** | **Friday, 10/14/05**<br>**1:30 p.m.** |

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **Any and all documents in your possession relating to Jack LoHolt (Onefrey), and your involvement with the Mormon Church and/or LDS Social Services a/d/a LDA Family Services**

| PLACE | | DATE AND TIME |
|---|---|---|
| | **GORDON THOMAS HONEYWELL**<br>**600 University, Suite 2100**<br>**Seattle, WA 98101 (206) 676-7500** | **Friday, 10/14/05**<br>**1:30 p.m.** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Steve Reich, WSBA#24708, **Attorneys for Plaintiffs** | **October 6, 2005** |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**STEVEN T. REICH, ESQ.**
**Gordon Thomas Honeywell**
**600 University, Suite 2100**
**Seattle, WA 98101**
**(206) 676-7537**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

[SDT - Brad J_ Keller.doc]

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ______________________________ DATE

______________________________ SIGNATURE OF SERVER

______________________________ ADDRESS OF SERVER

______________________________

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in Responding to Subpoena.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.